

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

vs.

Pacino Horne,

    Defendant.
_____/

Criminal No. 23-cr-20483

Honorable Matthew F. Leitman

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, Pacino Horne, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### Count 1 – Wire Fraud – 18 U.S.C. 1343

Up to 20 years' imprisonment and up to a $250,000 fine (or twice the gross gain or loss).

                                                        _____
                                                        Pacino Horne
                                                        Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

      I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
James King
Counsel for Defendant

Dated: 9/7/23