PS8
(01/24)

# United States District Court
for the
**Eastern District of Michigan**

U.S.A. vs. **Pacino Horne**                                      Docket No. **23-cr-20483-001**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW Devin Jackson, Pretrial Services Officer, presenting an official report on defendant Pacino Horne, who was placed under pretrial release supervision on a $10,000.00 unsecured bond by United States Magistrate Judge Steven R. Whalen, sitting in the court at Detroit, Michigan, on September 7, 2023, under the following conditions:

1. Report to Pretrial Services as directed.
2. Not apply for or enter into any loan or other credit transaction without the previous written permission of the Pretrial Services office or supervising officer.
3. Surrender any passport immediately and/or enhanced identification to the supervising officer within 48 hours.
4. Not obtain a passport, enhanced identification or other international travel documents.
5. Travel restricted to the state of Michigan, unless given previous consent of the Pretrial Services office or the Court.
6. Not possess a firearm, destructive device, or other dangerous weapons. Remove all firearms, destructive devices, or other dangerous weapons from the bond address and provide verification to Pretrial Services within 48 hours.
7. Not use or unlawfully possess a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner.
8. Submit to any testing required by Pretrial Services.
9. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by Pretrial Services.
10. Surrender any Concealed Pistol License (CPL) to the supervising officer within 48 hours of release.

      Respectfully presenting petition for action of court and for cause as follows:

On September 7, 2023, the defendant was granted bond with the above noted conditions of release. Since his placement on pretrial supervision, the defendant has reported monthly to Pretrial Services as directed, maintaining a cooperative demeanor, and complying with all release conditions as required by the Court, incurring no violations to date. His initial drug test was confirmed positive for marijuana. Since the initial test, all substance abuse screen submissions since this date have returned negative, With the most recent negative test being September 24, 2024.

Pretrial Services is respectfully recommending the defendant's bond be amended to eliminate the substance abuse related conditions. Pretrial Services believes this recommendation to be appropriate considering Section 3142(c)(3) of the Bail Reform Act of 1984.

Therefore, it is requested that the following conditions be removed: Submit to any substance abuse testing required by Pretrial Services; Participate in inpatient or outpatient substance abuse treated as directed by Pretrial Services.

Pretrial Services has notified AUSA Mark Bilkovic, AUSA Ranya Elzien, and defense counsel James King, Jr of the proposed bond amendment. Defense counsel and the government both agree with the amendment.

PRAYING THAT THE COURT WILL ORDER the defendant's pretrial conditions be amended to remove the following: Submit to any substance abuse testing required by Pretrial Services; Participate in inpatient or outpatient substance abuse treated as directed by Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 15, 2024

Respectfully,

/s/ Devin Jackson

U.S. Pretrial Services Officer

Place: Detroit, Michigan

Date: October 15, 2024

THE COURT ORDERS:

[ ]   No Action

[X]   Modification of Pretrial Conditions as Requested

[ ]   Bond Review Hearing and defendant to appear before the Judge assigned to the case on [date] at [time].

[ ]   The Issuance of a Warrant [check one]

   [ ]   Defendant to appear before the Judge assigned to the case for purposes of bond determination and Defendant temporarily detained pending hearing

   [ ]   Defendant to appear before the Duty Magistrate Judge for purposes of bond determination

[ ]  The incorporation of the violation (s) contained in this petition with the other violations pending before the Court.

[ ]  Other

## ORDER OF COURT

Considered and ordered this __15th__ day of __October__, 20 __24__ and ordered filed and made a part of the records in the above case.

_s/Matthew F. Leitman_

United States District Court Judge Matthew F. Leitman