UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

PACINO HORNE,

        Defendant.

Case No. 23-cr-20483
Hon. Matthew F. Leitman

## ORDER OF FORFEITURE MONEY JUDGMENT

This matter comes before the Court on the unopposed United States' motion for imposition of forfeiture money judgment against defendant Pacino Horne.

Having reviewed the Motion and the record in this case, the Court **ORDERS** as follows:

1. A forfeiture money judgment in the amount of One Hundred Forty-Nine Thousand Nine Hundred Dollars ($149,900) is entered against the defendant Pacino Horne (defendant) in favor of the United States of America under 18 U.S.C. § 982(a)(2)(A), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure. The forfeiture money judgment represents the gross proceeds defendant obtained as a result of his criminal violation of 18 U.S.C. § 1343 (Wire

Fraud).

2. The forfeiture money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of the defendant. To satisfy the money judgment, any assets that the defendant has now, or may later acquire, may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2). The United States is permitted to undertake whatever discovery is necessary to identify, locate, or dispose of substitute assets under Fed. R. Crim. P. 32.2(b).

3. This Order of Forfeiture shall become final at sentencing and entry of the forfeiture money judgment shall be made part of the defendant's sentence and included in the Judgment and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

4. The forfeiture provisions of this stipulated order are intended to, and will, survive the defendant, notwithstanding the abatement of any underlying criminal conviction after the entry of this order. The forfeitability of any particular property pursuant to this stipulated order shall be determined as if the defendant had survived, and that determination shall be binding upon the defendant's heirs, successors, and assigns until the agreed forfeiture, including the money judgment amount, is collected in full.

5. The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e) to allow forfeiture of substitute assets to satisfy the forfeiture money judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 5, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126